**Order entered January 23, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00868-CV

### BRIGETTA D'OLIVIO, Appellant

### V.

### GREG FOX, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-05606**

## ORDER

By order dated January 15, 2019, we granted the motion to withdraw filed by appellant's counsel. Appellant is now appearing pro se. Prior to withdrawing, counsel for appellant filed a brief and appellee has filed his brief.

Before the Court is the January 18, 2019 amended motion of appellant requesting to file an amended brief. We **GRANT** the motion. Appellant shall file an amended brief by **February 21, 2019**. Appellee shall have thirty days from the date appellant files a pro se brief to file any amended brief.

/s/     BILL WHITEHILL
        JUSTICE